**FILED
FEBRUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 850**

| | | |
|---|---|---|
| CHICAGO TUBE AND IRON COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. |
| DCR CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) | |

**JUDGE LINDBERG
MAGISTRATE JUDGE VALDEZ**

## VERIFIED COMPLAINT

Plaintiff, CHICAGO TUBE AND IRON COMPANY ("CT&I"), by its attorneys Shari L. Friedman of Marwedel, Minichello & Reeb, P.C., for its Verified Complaint as against defendant DCR CONSTRUCTION, INC. ("DCR"), alleges as follows:

1. Plaintiff, CT&I, is a Delaware corporation with its principal place of business in Illinois at One Chicago Tube Drive, Romeoville, IL 60446

2. Defendant, DCR, is a Florida corporation with its principal place of business in Lakeland, Florida.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a)(1) as the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(a)(2) and (c) because the defendant is a corporation that solicited business from CT&I here, the events giving rise to the complaint occurred here and the defendant is subject to personal jurisdiction here.

5. In or around November 2006, Defendant, DCR, by and through its employees or agents, contacted CT&I for the purchase of goods and materials, including raw, stainless materials. DCR followed-up its initial contact requesting a quote from CT&I for goods and materials. After the quote was provided to DCR, DCR again contacted CT&I regarding DCR's purchase of goods and materials. Before awarding CT&I with an offer, employees and/or agents of DCR visited the CT&I facility in Illinois to discuss doing business with CT&I. Shortly thereafter, DCR offered to purchase certain goods and materials from CT&I and CT&I agreed to sell said goods and materials to DCR.

6. DCR requested a total of $9,427,562.58 worth of goods and materials through a series of orders. CT&I delivered all of the goods and materials, as requested by DCR, in 2007.

7. DCR made payments for some of the goods and materials to CT&I at CT&I's place of business In Illinois. DCR paid for some, but not all, of the goods and materials. To date, DCR has failed and refused to pay the entire balance due and owing to CT&I. There is an unpaid balance due and owing to Plaintiff CT&I in the sum of $366,296.36. See Statement of Account, attached hereto as Exhibit A and incorporated herein by reference.

8. Due demand has been made upon Defendant DCR to pay this amount, but DCR has failed and refused to do so.

9. In addition to the sum of $366,296.36 due and owing from Defendant DCR to Plaintiff CT&I, CT&I claims prejudgment interest on said sum at the prevailing statutory rate, court costs and expenses and such other and further relief as the Court deems just.

WHEREFORE, Plaintiff, CHICAGO TUBE AND IRON COMPANY, requests judgment in its favor and against Defendant, DCR CONSTRUCTION, in the sum of $366,296.36 plus costs of suit, expenses and applicable pre- and post-judgment interest.

        CHICAGO TUBE AND IRON COMPANY

By:  /s/ Shari L. Friedman
      Shari L. Friedman (06193095)
      Marwedel, Minichello & Reeb, P.C.
      10 S. Riverside Plaza
      Suite 720
      Chicago, IL 60606
      312/902-1600
      312/902-9900 (fax)