## VERIFICATION

I, Robert Wojtalewicz, being duly sworn, depose and say that I am a the Corporate Credit Manager for the Plaintiff, Chicago Tube and Iron Company, in the above-entitled cause; that I have read the foregoing Verified Complaint and know its contents; that to the best of my knowledge, information and belief, the contents thereof are true and correct, including the outstanding balance owed by defendant DCR Construction, Inc. to Chicago Tube and Iron Company.

_____
Robert Wojtalewicz

SUBSCRIBED AND SWORN to before me this 7 day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
LINDA D LAUTNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/13/11