Case 1:08-cv-00850    Document 1-3    Filed 02/08/2008    Page 1 of 3

```
CUSTOMER                                            Customer     Statement
STATEMENT                                           Number       Date
FOR:                                                13495        02/07/08


DCR CONSTRUCTION              INV:  INVOICE          Please send remittance to:
PO BOX 1415                   PAY:  PAYMENT
                              DIS:  DISCOUNT         CHICAGO TUBE & IRON CO
MULBERRY, FL  33860           C/M:  CREDIT MEMO      DEPARTMENT 7049
                              D/M:  DEBIT MEMO       CAROL STREAM, IL  60122-7049
                              ADJ:  ADJUSTMENT
```

```
  ------ INVOICE ------|------------------AGE OF ITEMS - IN DAYS----------------
  NUMBER        DATE   | CURRENT      31-60     61-90      OVER 90   BALANCE DUE
```

| NUMBER | DATE | CURRENT | 31-60 | 61-90 | OVER 90 | BALANCE DUE |
|---|---|---|---|---|---|---|
| C512153 | 05/24/07 | | | | 8,999.50 | |
| PAY | 07/24/07 | | | | -8,924.30 | 75.20 |
| C513885 | 05/30/07 | | | | 6,398.70 | |
| PAY | 08/17/07 | | | | -6,012.77 | 385.93 |
| C514314 | 06/05/07 | | | | 14,325.13 | |
| PAY | 07/31/07 | | | | -14,325.13 | |
| C/M | 08/14/07 | | | | -11,278.50 | |
| C/M | 08/21/07 | | | | -310.00 | -11,588.50 |
| C515911 | 06/13/07 | | | | 1,886.44 | |
| PAY | 08/17/07 | | | | -1,809.97 | 76.47 |
| C515833 | 06/15/07 | | | | 10,748.44 | |
| PAY | 08/17/07 | | | | -10,545.04 | 203.40 |
| C518169 | 06/26/07 | | | | 159.76 | |
| D/M | 07/06/07 | | | | 322.27 | |
| PAY | 08/17/07 | | | | -10.00 | |
| PAY | 12/31/07 | | | | -322.27 | 149.76 |
| C516822 | 07/10/07 | | | | 30,271.20 | |
| D/M | 08/09/07 | | | | 1,900.00 | |
| PAY | 11/29/07 | | | | -30,271.20 | 1,900.00 |
| C518403 | 07/31/07 | | | | 166,421.30 | 166,421.30 |
| C515911.03 | 08/13/07 | | | | 273.69 | 273.69 |
| C512158.02 | 08/22/07 | | | | 13,891.40 | 13,891.40 |
| C524651 | 09/06/07 | | | | 6,755.52 | 6,755.52 |
| C524693 | 09/06/07 | | | | 1,190.74 | 1,190.74 |

                                                    (CONTINUED)



**EXHIBIT**

tabbies   **A**

08 C 850

JUDGE LINDBERG
MAGISTRATE JUDGE VALDEZ

| CUSTOMER STATEMENT FOR: | | | | Customer Number 13495 | Statement Date 02/07/08 |
|---|---|---|---|---|---|

DCR CONSTRUCTION
PO BOX 1415

MULBERRY, FL  33860

INV: INVOICE
PAY: PAYMENT
DIS: DISCOUNT
C/M: CREDIT MEMO
D/M: DEBIT MEMO
ADJ: ADJUSTMENT

Please send remittance to:

CHICAGO TUBE & IRON CO
DEPARTMENT 7049
CAROL STREAM, IL  60122-7049

| ------ INVOICE ------ | | -------------------AGE OF ITEMS - IN DAYS---------------- | | | |
|---|---|---|---|---|---|
| NUMBER | DATE | CURRENT | 31-60 | 61-90 | OVER 90 | BALANCE DUE |
| C525494 | 09/06/07 | | | | 10,082.06 | |
| D/M | 09/11/07 | | | | 388.54 | 10,470.60 |
| C525801 | 09/06/07 | | | | 391.56 | 391.56 |
| C525998 | 09/06/07 | | | | 5,852.50 | 5,852.50 |
| C526040 | 09/06/07 | | | | 812.26 | 812.26 |
| C524651.01 | 09/14/07 | | | | 1,295.57 | 1,295.57 |
| C513197.06 | 09/19/07 | | | | 6,564.39 | 6,564.39 |
| C524625 | 09/21/07 | | | | 14,739.17 | 14,739.17 |
| C524651.02 | 09/25/07 | | | | 43,378.21 | 43,378.21 |
| C524729 | 09/25/07 | | | | 21,148.69 | 21,148.69 |
| C529960 | 10/04/07 | | | | 252.06 | 252.06 |
| C525494.01 | 10/05/07 | | | | 105.48 | 105.48 |
| C529100 | 10/05/07 | | | | 22,030.67 | 22,030.67 |
| C529141 | 10/05/07 | | | | 26,524.85 | 26,524.85 |
| C529155 | 10/05/07 | | | | 17.66 | 17.66 |
| C529162 | 10/05/07 | | | | 22,601.00 | 22,601.00 |
| C529179 | 10/05/07 | | | | 128.38 | 128.38 |
| C529189 | 10/05/07 | | | | 1,079.71 | 1,079.71 |

(CONTINUED)

```
CUSTOMER                                        Customer      Statement
STATEMENT                                       Number        Date
FOR:                                            13495         02/07/08


DCR CONSTRUCTION          INV: INVOICE          Please send remittance to:
PO BOX 1415               PAY: PAYMENT
                          DIS: DISCOUNT         CHICAGO TUBE & IRON CO
MULBERRY, FL  33860       C/M: CREDIT MEMO      DEPARTMENT 7049
                          D/M: DEBIT MEMO       CAROL STREAM, IL  60122-7049
                          ADJ: ADJUSTMENT
```

| ------ INVOICE ------ | | AGE OF ITEMS - IN DAYS | | | | |
| NUMBER | DATE | CURRENT | 31-60 | 61-90 | OVER 90 | BALANCE DUE |
|--------|------|---------|-------|-------|---------|-------------|
| C529195 | 10/05/07 | | | | 1,009.91 | 1,009.91 |
| C529210 | 10/05/07 | | | | 1,592.12 | 1,592.12 |
| C529244 | 10/05/07 | | | | 350.95 | 350.95 |
| C529126 | 10/08/07 | | | | 1,721.83 | 1,721.83 |
| C529223 | 10/17/07 | | | | 51.98 | 51.98 |
| C524693.01 | 10/23/07 | | | | 4,066.06 | 4,066.06 |
| C529960.01 | 10/31/07 | | | | 375.84 | 375.84 |
| TOTALS: | | 0.00 | 0.00 | 0.00 | 366,296.36 | 366,296.36 |

```
Please call us if
you have any questions.
Our phone number is (815) 834-2500.        PAY THIS AMOUNT:  366,296.36
```