## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 850**

In the Matter of                              Case Number:

CHICAGO TUBE AND IRON COMPANY
v. DCR CONSTRUCTION, INC.

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Tube And Iron Company

| | |
|---|---|
| NAME (Type or print) <br> Shari L. Friedman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Shari L. Friedman | |
| FIRM <br> Marwedel, Minichello & Reeb, P.C. | |
| STREET ADDRESS <br> 10 S. Riverside Plaza, Suite 720 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6193095 | TELEPHONE NUMBER <br> (312) 902-1600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐