**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 850**

| | | |
|---|---|---|
| CHICAGO TUBE AND IRON COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. |
| DCR CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) | |

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Plaintiff, Chicago Tube and Iron Company., by its attorney Shari L. Friedman of Marwedel, Minichello & Reeb, P.C., and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, state as follows:

Chicago Tube and Iron Company is a non-governmental party. It has no parent corporation. The following entity(ies) own more than 5% of the stock in the Company: How and Company (Trust) holds 16.2% of the stock.

Respectfully submitted,

CHICAGO TUBE AND IRON COMPANY

By: /s/ Shari L. Friedman
　　Shari L. Friedman (06193095)
　　Marwedel, Minichello & Reeb, P.C.
　　10 S. Riverside Plaza
　　Suite 720
　　Chicago, IL 60606
　　312/902-1600
　　312/902-9900 (fax)