IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TUBE AND IRON COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DCR CONSTRUCTION, INC., )<br>)<br>Defendant. ) | No.  08 C 850<br><br>Judge Lindberg<br>Magistrate Judge Valdez |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b), Defendant DCR Construction, Inc. ("DCR"), by its attorneys, moves this Court for an extension of time to and including April 7, 2008, to answer or otherwise plead to Plaintiff Chicago Tube and Iron Company's ("Chicago Tube") Complaint. In support of its Motion, DCR states as follows:

1. On February 8, 2008, Chicago Tube filed its Verified Complaint seeking sums allegedly due from DCR for goods and materials Chicago Tube purportedly sold to DCR.

2. DCR was served with the Verified Complaint and Summons on February 19, 2008. Thus, DCR's response to the Verified Complaint is due March 10, 2008.

3. Barnes & Thornburg was only recently retained as local counsel to represent DCR in this matter and requires additional time to analyze all claims and defenses to adequately prepare a response to the Verified Complaint.

4. Moreover, over the past several days, the parties have been discussing the possibility of settling this matter.

5. DCR's counsel contacted Chicago Tube's counsel to see if Chicago Tube would agree to an extension of time, but DCR's counsel has not yet received a response.

6. Accordingly, DCR requests a twenty-eight (28) day extension of time, up to and including April 7, 2008, to answer or otherwise plead to Chicago Tube's Verified Complaint.

WHEREFORE, Defendant DCR Construction, Inc. respectfully requests that this Court grant it an extension of time to and including April 7, 2008 to answer or otherwise plead to Plaintiff Chicago Tube and Iron Company's Verified Complaint.

DATED: March 10, 2008

                                        DCR CONSTRUCTION, INC.,
                                        Defendant

                            By:    /s/ Tina M. Paries
                                  One of Its Attorneys

Clifford J. Shapiro #6188824
Tina M. Paries #6275658
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646