IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TUBE AND IRON COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DCR CONSTRUCTION, INC., ) <br> ) <br> Defendant. ) | No.   08 C 850 <br><br> Judge Lindberg <br> Magistrate Judge Valdez |

### NOTICE OF MOTION

TO: Shari L. Friedman
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza, Suite 720
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 19th day of March 2008 at 9:30a.m., the undersigned shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in Courtroom 1425 at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Verified Complaint, a copy of which attached and hereby served upon you.

DCR CONSTRUCTION, INC.,
Defendant

By:   /s/ Tina M. Paries
One of Its Attorneys

Clifford J. Shapiro #6188824
Tina M. Paries #6275658
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646

## CERTIFICATE OF SERVICE

Tina M. Paries, an attorney, certifies that on March 10, 2008, I electronically filed, on behalf of Defendant DCR Construction, Inc., the foregoing **Notice of Motion and Defendant's Motion for Extension of Time** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

>Shari L. Friedman
>Marwedel, Minichello & Reeb, P.C.
>10 South Riverside Plaza, Suite 720
>Chicago, Illinois 60606

>/s/ Tina M. Paries