IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CHICAGO TUBE AND IRON COMPANY,**

    **Plaintiff,**

v.

**DCR CONSTRUCTION, INC.,**

    **Defendant.**

_____/

Case No. 08-C-850
Judge Lindberg
Magistrate Judge Valdez

## DISCLOSURE OF AFFILIATES

Defendant, DCR Construction, Inc., pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

DCR Construction, Inc. is a non-governmental party. DCR Services, Inc. owns 100% of the stock of DCR Construction, Inc. Neither is publicly traded.

DATED: March 10, 2008

                                            DCR CONSTRUCTION, INC.,
                                            Defendant

                         By:    /s/ Tina M. Paries_____
                                 One of Its Attorneys

Clifford J. Shapiro #6188824
Tina M. Paries #6275658
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646

12763714.1

## CERTIFICATE OF SERVICE

Tina M. Paries, an attorney, certifies that on March 10, 2008, I electronically filed, on behalf of Defendant DCR Construction, Inc., the foregoing **Defendant's Disclosure of Affiliates** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

>Shari L. Friedman
>Marwedel, Minichello & Reeb, P.C.
>10 South Riverside Plaza, Suite 720
>Chicago, Illinois 60606

/s/ Tina M. Paries

CHDS01 TPARIES 453372v1

12763714.1