# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 850 | **DATE** | 3/11/2008 |
| **CASE TITLE** | Chicago Tube and Iron Co. v. DCR Construction, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for extension of time to answer or otherwise plead to plaintiff's complaint [9] is granted. Defendant's answer or other responsive pleading is due 4/7/08. Initial status hearing set for 4/10/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|