IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TUBE AND IRON COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 CV 850 ) Judge Lindberg |
| DCR CONSTRUCTION, INC., | ) Magistrate Valdez ) |
| Defendant. | ) |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiff, CHICAGO TUBE AND IRON COMPANY and Defendant, DCR CONSTRUCTION, INC., by their respective counsel, stipulate to the dismissal of this action with prejudice and with each party to bear its own attorneys' fees and costs, all matters in controversy having been compromised and settled.

| CHICAGO TUBE AND IRON COMPANY | DCR CONSTRUCTION, INC. |
|---|---|
| By: /s/ Shari L. Friedman | By: /s/ Tina M. Paries |
| Shari L. Friedman (06193095) | Tina M. Paries |
| Marwedel, Minichello & Reeb, P.C. | Barnes & Thornburg |
| 10 S. Riverside Plaza | One North Wacker Drive |
| Suite 720 | Suite 4400 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| 312/902-1600 | 312/357-1313 |

ENTER:

_____
Judge Lindberg, United States District Court Judge

DATE: March 17, 2008